JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ONEWEST BANK, FSB., a Federal Savings Bank,<br><br>Plaintiff,<br><br>v.<br><br>HOUSTON CASUALTY COMPANY, a Texas corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 14-00547 BRO (JCGx)<br><br>[Hon. Beverly Reid O'Connell]<br><br>**JUDGMENT**<br><br><br>Complaint Filed: December 11, 2013 |
|---|---|

On January 12, 2015, Defendant Houston Casualty Company moved this Court for Summary Judgment in its favor on Plaintiff OneWest Bank, FSB's Complaint. Upon consideration of the papers and evidence submitted by the parties on the Motion, as well as the argument of counsel at the March 2, 2015 hearing on this matter, the Court granted Houston Casualty Company's Motion for Summary Judgment in its entirety for the reasons set forth in the Court's March 9, 2015 Minute Order [Doc. No. 53].

The Court having ordered entry of judgment as requested in the Motion, and good cause appearing therefore, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff OneWest Bank, FSB shall take nothing by way of its Complaint in this

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

action, that JUDGMENT is entered on the merits in favor of Defendant Houston Casualty Company, and this action is DISMISSED in its entirety, including as to all Doe Defendants. Defendant Houston Casualty Company shall recover its costs of suit from Plaintiff OneWest Bank, FSB.

**IT IS SO ORDERED.**

Dated:  March 17, 2015                  _____
                                        HONORABLE BEVERLY REID O'CONNELL
                                        UNITED STATES DISTRICT COURT JUDGE